UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00200-MOC-DSC

| | | |
|---|---|---|
| **SYSTEMS SPRAY-COOLED, INC.,** | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| **BADISCHE STAHL TECHNOLOGIES, INC.** **BADISCHE STAHL-ENGINEERING GMBH,** | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on initial review after reassignment to the undersigned. Based on such reassignment, Judge Whitney's Initial Scheduling Order noticed April 13, 2017, is no longer applicable and the previous Initial Scheduling Order (#12) entered in the Western District of Arkansas prior to transfer is also no longer applicable.

Counsel must complete the CIAC form noticed on April 13, 2017, and file it by April 27, 2017. After that is complete, Judge Cayer will enter an appropriate Scheduling Order which will govern the progress of the case in this district.

Signed: April 19, 2017

Max O. Cogburn Jr.
United States District Judge

-1-