# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00200-MOC-DSC

| | |
|---|---|
| SYSTEMS SPRAY-COOLED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| BADISCHE STAHL-ENGINEERING ) | |
| GMBH AND BADISCHE STAHL ) | |
| TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion[s] for Admission Pro Hac Vice [for Trampas Kurth, Jayme Partridge and B. Todd Patterson]" (document ## 24-26) filed April 25, 2017. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: April 26, 2017

David S. Cayer
United States Magistrate Judge