# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00200-MOC-DSC

| | |
|---|---|
| SYSTEMS SPRAY-COOLED, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| BADISCHE STAHL-ENGINEERING ) | |
| GMBH AND BADISCHE STAHL ) | |
| TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice [for Cynthia R. Levin Moulton]" (document # 34) filed May 4, 2017. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: May 4, 2017

David S. Cayer
United States Magistrate Judge