UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00200-MOC-DSC

| | | |
|---|---|---|
| SYSTEMS SPRAY-COOLED, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BADISCHE STAHL TECHNOLOGIES, INC. | ) | |
| BADISCHE STAHL-ENGINEERING GMBH, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's Unopposed Notice for Dismissal Pursuant to Federal Rule of Civil Procedure 41 (#31). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Unopposed Notice for Dismissal Pursuant to Federal Rule of Civil Procedure 41 (#31) is **GRANTED**, and defendant Badische Stahl Technologies, Inc. is **DISMISSED** from this case pursuant to Federal Rule of Civil Procedure 41(a).

Signed: May 4, 2017

Max O. Cogburn Jr.
United States District Judge

-1-